Evander Livingston
8324 NW 5TH CT
Miami, Florida 33150
Telephone: (786)855-8329
Email: EvanderLivingston@gmail.com

FILED BY_____D.C.

MAR 17 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Evander Livingston, | Case No.: |
| Plaintiff, | |
| vs. | |
| Equifax, Inc., | **CLAIM FOR VIOLATIONS OF:** |
| And | |
| Experian Information Solutions, Inc., | **(1) FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 et seq.)** |
| Defendant(s), | |
| | **Demand for Jury Trial** |

# ORIGINAL CLAIM

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

# NATURE OF ACTION

(1) **COMES NOW,** Plaintiff, Evander Livingston ("Plaintiff"), hereby sues Defendant(s), Equifax,

Inc., (hereinafter "Equifax" or "Defendant(s)"); and Experian Information Solutions, Inc.,

(hereinafter "Experian" or "Defendant(s)"); for violations of 15 U.S. Code § 1681. (hereinafter

"FCRA"), by way of admission to FALSE statements, inaccurate and unfair credit reporting,

**1 |** P A G E

failure to follow reasonable procedures to ensure maximum possible accuracy of the information concerning the individual, failure to DELETE inaccurate information, failure to obtain permissible purpose, negligent noncompliance, willful noncompliance of the "FCRA". Plaintiff is hereby entitled for relief for Defendant(s) failure to comply with the requirements imposed under the "FCRA" pursuant to 15 U.S. Code § 1681n and 15 U.S. Code § 1681o.

(2) Plaintiff was denied credit by Ally Bank, AmeriCredit, Capital One Auto Finance, dated on January 14, 2023 due to Plaintiff "Equifax" and "Experian" Consumer Report.

(3) Defendant(s) caused discriminatory acts to be taken upon Plaintiff such as credit denials by banks and other creditors for credit products. Plaintiff hereby claim harm by way of trespass, in addition to suffer intentional infliction of emotional distress, humiliation, defamation, including denials of credit, embarrassment, loss credit opportunities, damage to reputation.

(4) Plaintiff hereby seeks to recover monetary relief for actual and statutory damages in addition to punitive damages for Defendant(s) violations of the "FCRA" pursuant to 15 U.S. Code § 1681n(a)(A)(2) and 15 U.S. Code § 1681o(a)(1)(2).

# JURISDICTION AND VENUE

(5) This Court has jurisdiction pursuant to the United States federal law title 28 U.S. Code § 1331, and 15 U.S. Code § 1681p. The venue is hereby proper before this honorable U.S. District Court pursuant to the United States federal law title 28 U.S. Code § 1391(a)(1) because all tortious conduct arise to the claim occurred in this district, where Plaintiff resides, and/or where Defendant(s) transacts business in this district, venue lies properly in this U.S. District Court. The Courts shall be open to every person for redress of any

injury, and justice shall be administered without sale, denial or delay pursuant to the Florida Constitution article I Section 21.

(6) "All courts in the State shall be open, so that every person for any injury done him in his lands, goods, person or reputation shall have remedy, by due course of law, and right and justice shall be administered without sale, denial or delay" pursuant to the Florida Constitution of 1885.

## PARTIES

(7) Plaintiff, Evander Livingston ("Plaintiff"), is a natural person over the age 18 who is sui juris and resides in Miami-Dade County.

(8) Plaintiff is a natural consumer as defined by the "FCRA" (15 U.S.C § 1681a(c) ). Defendant(s), ("Equifax, Inc." and ("Experian Information Solutions, Inc.") is an entity who regularly engages in whole or in part in the practice of assembling or evaluating consumers for the purpose of furnishing consumer reports to "third parties", and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports as defined by the United States federal law title 15 U.S. Code § 1681a(f).

## ALLEGATIONS OF FACT

(9) The cause of this civil action by Plaintiff, Evander Livingston, suing Defendant(s) "Equifax" and "Experian" for 1) violations of the Fair Credit Reporting Act, by way of

admission by Defendant(s) failing to follow reasonable procedures to assure maximum

possible accuracy of the information concerning the individual about whom the report

relates pursuant to 15 U.S. Code § 1681e(b), 2) for inaccurate and unfair credit reporting

pursuant to 15 U.S. Code § 1681(1), 3) for failure to obtain permissible purpose

pursuant to 15 U.S Code § 1681b(a)(2)(3), 4) for failing to comply with the "FCRA"

reinvestigation regarding the accuracy of information contained in Plaintiff's Consumer

Report. Defendant(s) are hereby in violation of the "FCRA" pursuant to 15 U.S. Code §

1681i, 5) for willful noncompliance pursuant to 15 U.S. Code §1681n, and 6) negligent

noncompliance pursuant to 15 U.S. Code § 1681o.

(10)     On or about March 18, 2022, Plaintiff requested his Consumer Report from

Defendant(s) which Plaintiff received said Consumer Report on or about March 28,

2022 and Plaintiff noticed inaccuracies of the information in his Consumer Report.

Dated on April 1, 2022, Plaintiff immediately wrote a hand-written letter to

Defendant(s) "Equifax" at that time business name "Equifax Information Services,

LLC." via certified mail giving instructions to Defendant(s) to DELETE account(s) from

his Consumer Report/file. See Exhibit "A". In addition, Plaintiff made it clear and

concise to Defendant(s) that failure to comply with written instructions will result in

Defendant(s) being fined $1,000 (PER) account pursuant to section 1681n of the

"FCRA". Dated on April 12, 2022, "Experian" received Plaintiff's written instructions,

and dated on April 13, 2022, "Equifax" received Plaintiff's written instructions.

Defendant(s) willfully failed to comply with Plaintiff's written instruction. See Exhibit

"A" attached with Plaintiff hand-written instructions/letter with the United States Postal

Service (USPS) Tracking Information 1 of 4 pages attached (Exhibit "A").

(11)     Plaintiff hereby claims Defendant(s) are in negligent noncompliance of the requirements imposed of the "FCRA" pursuant to 15 U.S. Code § 1681o, by way of Defendant(s) failure to follow reasonable procedures to ensure maximum possible accuracy of Plaintiff's Consumer Report/file pursuant to 15 U.S. Code § 1681e(b). Plaintiff claims Defendant(s) in violation of the "FCRA" by way of failure to "DELETE inaccurate information" pursuant to 15 U.S. Code § 1681i(5)(A)(i).

(12)     Dated on January 14, 2023, Plaintiff was at a local car dealership, HGreg Miami, Inc., located at 8101 NW 7TH Ave Miami, Florida 33150 and applied for a credit application to obtain a Motor Vehicle (2019 Kia Stinger GT) and was denied credit by Ally Bank, AmeriCredit, Capital One Auto Finance due to Plaintiff's Consumer Report/file reported by Defendant(s). See Exhibit "B" (attached with denial letters by Ally Bank, AmeriCredit, Capital One Auto Finance 1 of 3 pages attached Exhibit "B"). Defendant(s) hereby failed to comply with the requirements imposed under the "FCRA" by way of providing Plaintiff's Consumer Report/file without determining whether any of said companies, had permissible purpose to obtain Plaintiff's Consumer Report/file. Plaintiff hereby claims "Equifax" and "Experian" has willfully violated title 15 U.S. Code § 1681b(a)(2) of the Fair Credit Reporting Act.

(13)     Plaintiff has suffered actual damages and will continue to suffer arising from the denials of credit, all which has caused intentional infliction of emotional distress, humiliation, defamation, discriminatory acts, and embarrassment to Plaintiff.

(14)     Due to the credit denials, and Plaintiff knowing the information in his Consumer Report/file are in fact, inaccurate, dated on January 21, 2023 Plaintiff notified "Experian" through the federal agency Consumer Financial Protection Bureau (CFPB),

giving Defendant(s) written instructions again to "DELETE inaccurate information",

and DEMANDED Defendant(s) to UPDATE the account(s) in Plaintiff's Consumer

Report/file to "PAID AS AGREED" and Plaintiff stated in the notice that "there should

not be ANY late payments for any purpose" pursuant to 15 U.S. Code § 1666b of the

Fair Credit Billing Act for said account(s) in Plaintiff Consumer Report/file. See Exhibit

"C" (attached with (CFPB) Complaint and Plaintiff's hand-written letter 1 of 3 pages

attached Exhibit "C"). In addition, Plaintiff notified "Equifax" the following day via

Consumer Finance Protection Bureau to UPDATE said account(s) in Plaintiff's

Consumer Report. See Exhibit "D" 1 of 4 pages attached. Plaintiff, repeats and hereby

claims Defendant(s) willfully failed to comply with the requirements imposed under the

"FCRA" by way of failing to follow reasonable procedures to assure maximum possible

accuracy pursuant to 15 U.S.C § 1681e(b), and failure to "DELETE inaccurate

information" pursuant to 15 U.S.C. § 1681i(5)(A)(i). Defendant(s) CONSISTENT

willful noncompliance, negligent noncompliance is causing intentional infliction of

emotional distress to Plaintiff, due to the information in Plaintiff Consumer Report/file

is in fact inaccurate, consistent credit denials and no justice is being served by

defendant(s) violations of the "FCRA". Plaintiff has disputed the same information on

sperate occasions numerous of times, and the information in Plaintiff's Consumer

Report/file remains inaccurate. Plaintiff prays for monetary relief and remedy for

damages by way of Defendant(s) willful noncompliance, and negligent noncompliance

of the "FCRA". Plaintiff claims the furnishers failed to comply with the requirements of

15 U.S.C. §1681s-2 by way of furnishing inaccurate information after it being notified

by the consumer as required by the "FCRA" and defendant(s) failed to comply with 15 U.S. Code § 1681e(b), 15 U.S. Code § 1681i by way of failing to follow reasonable procedures, and failing to DELETE inaccurate information reporting to Plaintiff's consumer report, all which has caused actual damages by way of credit denials.

(15)    Dated on February 23, 2023 Plaintiff notified the furnisher "Santander Consumer USA, Inc.", via certified mail giving notice that the information in Plaintiff's Consumer Report/file is in fact, inaccurate pursuant to 15 U.S. Code § 1681s-2(B)(i)(ii). See Exhibit "E" attached with U.S. Postal Service (USPS) Tracking information 1 of 3 pages attached with Plaintiff's Consumer Report from "Experian" highlighted with alleged violations. See Exhibit "E". Plaintiff quotes, in letter mailed to "Santander Consumer USA, Inc." the furnisher, "A person shall NOT furnish information relating to a consumer to any consumer reporting agency if (1) the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate and (2) the information is, in fact, inaccurate" pursuant to 15 U.S. Code § 1681s-2(i)(ii).

(16)    According to the Fair Credit Reporting Act "Any person who knowingly and willfully obtains information on a consumer reporting agency under false pretenses shall be fined under title 18, imprisoned for not more than 2 years, or both" pursuant to 15 U.S.C. § 1681q. Plaintiff repeats, Defendant(s) has a duty and procedures to follow as required by the "FCRA" pursuant to 15 U.S.C. § 1681e(b) and Defendant(s) has willfully failed to follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates.

(17)      Dated on February 03, 2023 "Experian" mailed "dispute results" as required by

"FCRA" to Plaintiff, and dated on February 06, 2023 "Equifax" mailed "dispute results"

of the disputed information Plaintiff disputed via (CFPB) after being denied credit by

Ally Bank, AmeriCredit, Capital One Auto Finance dated on January 14, 2023. See

Exhibit "F" 1 of 2 pages attached. In addition, "Equifax" mailed the disputed result to

Plaintiff dated February 06, 2023. See Exhibit "G" 1 of 3 pages attached. The results of

Defendant(s) reinvestigation of the information in Plaintiff's Consumer Report/file

remains in fact, inaccurate as of this day dated March 17, 2023. Plaintiff strongly

disagree with the results of "Equifax" and "Experian" reinvestigation. Plaintiff hereby

claims frustration, and emotional distress due to disputing the same information

consistently and defendant(s) failure to comply with the requirements of the "FCRA".

"Equifax" and "Experian" inaccurate credit reporting causing Plaintiff not to be able to

pursue happiness in life as defined by the Florida Constitution Article I Section 2 by

way of Defendant(s) are the cause of Plaintiff being denied credit, discriminatory acts to

be taken upon Plaintiff due to Defendant(s) inaccurate and unfair credit reporting.

Defendant(s) willfully failed to conduct a reasonable reinvestigation and correct the

inaccurate information after approximately 1 year of Plaintiff disputing the same

information over and over again. Plaintiff gave up disputing the information, and claims

he will continue to suffer intentional infliction of emotional distress, humiliation,

defamation, and embarrassment due to Defendant(s) negligent noncompliance, willful

noncompliance of the "FCRA" in addition to Plaintiff's Consumer Report defines as his

reputation as defined by 15 U.S.C. § 1681a(d)(1) which Defendant(s) directly and

indirectly continue to damage and ruin Plaintiff reputation by way of inaccurate and

unfair credit reporting. Plaintiff now bring this civil action lawsuit to this honorable U.S. District Court against Defendant(s) "Equifax" and "Experian" for violations of the "FCRA" by way of failure to comply with the requirements imposed under the Fair Credit Reporting Act, pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Plaintiff are hereby entitled for monetary relief.

## FIRST CLAIM FOR RELIEF

## (FCRA – 15 U.S.C. § 1681n)

(18)      Plaintiff, repeats and re-alleges paragraph 1-17 as if fully set forth herein. "Equifax" and "Experian" willfully failed to comply with the requirements imposed under the FCRA, 15 U.S.C. § 1681 et., including but not limited to:

    a)  failing to follow reasonable procedures to assure maximum possible accuracy of the information in consumer report, as required by 15 U.S.C § 1681e(b);

    b)  failing to comply with the reinvestigation requirements pursuant to 15 U.S.C. § 1681i;

    c)   providing plaintiff's credit file to companies without determining that the companies had permissible purpose to obtain plaintiff's credit file pursuant to 15 U.S.C. § 1681b and

    d)  Inaccurate credit reports and unfair credit reporting pursuant to 15 U.S.C. § 1681.

(19)      As a result of "Equifax" and "Experian's" violations of the Fair Credit Reporting Act, Plaintiff has suffered, continues to suffer, and will suffer future damages, intentional infliction of emotional distress, worry, anxiety, frustration, embarrassment,

humiliation, defamation, including denial of credit, lost credit opportunities, damage to reputation, all to his damages, in an amount to be determined by the jury.

(20)     Plaintiff is entitled to actual punitive damages in an amount to be determined by the jury pursuant to 15 U.S.C. § 1681n(2)

(21)     Plaintiff is entitled to actual damages in an amount to be determined by the jury in addition to statutory damages in an amount to be determined by the jury pursuant to 15 U.S.C. § 1681n.

(22)     Plaintiff is entitled to his attorney fees, pursuant to 15 U.S.C. § 1681n(a).

# SECOND CLAIM FOR RELIEF

# (FCRA – 15 U.S.C. § 1681o)

(23)     Plaintiff realleges paragraphs 1-17 as if fully set forth herein.

(24)     "Equifax" and "Experian" negligently failed to comply with the requirements imposed under the Fair Credit Reporting Act, including but not limited to:

a) Failing to follow reasonable procedures to assure maximum possible accuracy of the information in Consumer Report, as required by 15 U.S.C. § 1681e(b).

b) Failing to comply with the reinvestigation requirements pursuant to 15 U.S.C. § 1681i;

c) Providing plaintiff's credit file to companies without determining that the companies had permissible purpose to obtain plaintiff's credit file pursuant to 15 U.S. Code § 1681b and

d) Inaccurate credit reports and unfair credit reporting pursuant to 15 U.S. Code 1681.

As of the results of "Equifax" and "Experian's" violations of the Fair Credit Reporting Act, plaintiff has suffered, continues to suffer and will suffer future damages, intentional infliction of emotional distress, worry, anxiety, frustration, embarrassment, humiliation, defamation, including denial of credit, lost credit opportunities, damage to reputation, all to his damages, in an amount to be determined by the jury.

(25)     Plaintiff is hereby entitled to actual damages in an amount to be determined by the jury.

(26)     Plaintiff is entitled to his attorney fees, pursuant to 15 U.S.C. § 1681o(a)(2).

# PRAYER

Plaintiff hereby demands a jury trial on all claims. Wherefore Plaintiff Evander Livingston prays for a judgment as follows:

1.  On Plaintiff's first Claim for relief willful violations of the FCRA against Defendant(s) "Equifax" and "Experian":

    a) Actual damages in an amount to be determined by the jury;

    b) Punitive damages in an amount to be determined by the jury; and

    c) Statutory damages as determined by the Court; and

    d) Attorney fees and cost.

2.  On Plaintiff's Second Claim for relief for negligent violations of the FCRA against Defendant(s) "Equifax" and "Experian":

    a) Actual damages in an amount to be determined by the jury;

    b) Attorney fees and costs.

3.   On all Claims for Relief, cost and expenses incurred in this action.

Dated this 17th day of March, 2023.

_____
Evander Livingston
Plaintiff
Email: EvanderLivingston@gmail.com
Telephone: (786)855-8329

# AFFIDAVIT OF TRUTH

I, the undersigned, being duly affirmed, do hereby state under oath and under the penalty of perjury that the following facts are true to the best of my knowledge:

Fact to all, I am that I am, affiant, the consumer in fact, natural living person, Evander Livingston, whereas, over the age 18 who is sui juris and resides in Miami-Dade County.

Fact, "Equifax, Inc." and "Experian Information Solutions, Inc.," is a "consumer reporting agency" means any person which for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information on consumers for the purpose of furnishing consumer reports to "third parties" and which uses any means or facility of interstate commerce as defined by 15 U.S.C. § 1681a(f).

Fact, affiant written handwritten letters to defendant(s) "Equifax" and "Experian" to delete inaccurate information from affiant credit profile stating defendant(s) will fine $1,000 (per) account by failing to comply. In fact, "Experian" received affiant handwritten letter dated April 12, 2022 via U.S. Postal Service Certified Mail and willfully failed to comply, and "Equifax" received affiant handwritten letter via U.S. Postal Service Certified Mail dated on April 13, 2023 and willfully failed to comply with affiant written instructions pursuant to 15 U.S. Code § 1681n. See Exhibit "A"1of 4 pages with U.S. Postal Service Certified Mail Information attached. Exhibit "A".

Fact, affiant was denied credit at car dealership HGreg Miami, Inc., dated on January 14, 2023 by Ally Bank, AmeriCredit, and Capital One Auto Finance due to part or whole of information in in affiant "Equifax" and "Experian" Consumer Report. "Equifax" and "Experian" failed to comply with the requirements imposed of the Fair Credit Reporting Act pursuant to 15 U.S.C. § 1681b(a)(2)(3) by way of providing affiant's Consumer Report to companies without determining any of those companies had permissible purpose to obtain affiant's Consumer Report. See Exhibit "B" with denial letters by Ally Bank, AmeriCredit, Capital One Auto Finance.1of 3 pages attached. Exhibit "B".

Fact, dated on January 21, 2023 affiant wrote a handwritten letterto "Experian" via Consumer Finance Protection Bureau (CFPB) dated 01/24/2023 to remove inaccurate information in affiant Consumer Report after being denied credit by Ally Bank, AmeriCredit, and Capital One Auto Finance, dated on January 14, 2023. In fact, "Experian" failed to follow reasonable procedures pursuant to 15 U.S.C. § 1681e(b) See Exhibit "C" 1 of 3pages with affiant handwritten letter and (CFPB) Complaint to "Experian"1 of 3 pages attached. Exhibit "C".

Fact, dated on January 21, 2023 affiant wrote a handwritten letter to "Equifax" and submitted via Consumer Finance Protection Bureau (CFPB) dated 01/24/2023 to remove inaccurate information in affiant Consumer Report after being denied credit by Ally Bank, AmeriCredit, and Capital One Auto Finance, dated on January 14, 2023. In fact, "Experian" failed to follow reasonable procedures pursuant to 15 U.S.C. § 1681e(b) See Exhibit "D" 1 of 4 pages with affiant handwritten letter and (CFPB) Complaint to "Equifax" attached. Exhibit "D".

Fact, dated on February 22, 2023affiant notified the furnisher "Santander Consumer USA Inc." as required by the Fair Credit Reporting Act that the informationbeing reported to affiant consumer report is in fact, inaccurate pursuant to 15 U.S.C. § 1681s-2(a)(A)(B)(i)(ii), in fact, affiant attached 1 of 3 pages and mailed his "Experian" consumer report highlighted with violations to the furnisher See Exhibit "E" 1 of 3 pages with U.SPostal Service Certified Mail Tracking Information attached. Exhibit "E".

Fact,dated on February 03, 2023 "Experian" mailed affiant the results of the disputed information. The information in affiant's Consumer Report remains, in fact, inaccurate, pursuant to 15 U.S.C. § 1681s-2(B)(ii).See Exhibit "F" with "Experian" Dispute Results. 1 of 2 pagesattached. Exhibit "F".

Fact, dated on February 06, 2023 "Equifax" mailed affiant the results of the disputed information. The information in affiant's Consumer Report remains, in fact, inaccurate, pursuant to 15 U.S.C. § 1681s-2(B)(ii). See Exhibit "G" with "Equifax" Dispute Results 1 of 3 pagesattached. Exhibit "G".

Fact, "Experian" and "Equifax" failed to comply with the requirements imposed of the Fair Credit Reporting Act by way of failing to follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates pursuant to 15 U.S.C. § 1681e(b).

Fact, affiant has disputed the same information with defendant(s) "Equifax" and "Experian" over 10 times and defendant(s) failed to conduct reasonable reinvestigationand correct inaccurate information pursuant to 15 U.S. Code § 1681i,and the information remains in fact, inaccurate.

Fact, Equifax, Inc. and Experian Information Solutions, Inc. "defendant(s)" negligent noncompliance and willful noncompliance cause Evander Livingston "plaintiff" emotional distress, frustration, and humiliation.

Fact, if after any reinvestigation of any information disputed by a consumer, an item of information is found to be inaccurate, or incomplete or cannot be verified the consumer reporting agency shall promptly delete that item of information from the file of the consumer as pursuant to 15 U.S.C. § 1681i(5)(A)(i).

Fact, any consumer reporting agency may furnish a consumer report under the following circumstances and no other, in accordance with the written instructions of the consumer to whom it relates pursuant to 15 U.S.C. § 1681b(a)(2).

Fact, any person who is negligent in failing to comply with any requirement imposed under the Fair Credit Reporting Act with respect to any consumer is liable to that consumer in an amount equal to the sum of, any actual damages sustained by the consumer as a result of the failure pursuant to 15 U.S.C. § 1681o(a)(1).

Fact, any person who willfully fails to comply with any requirement imposed under the Fair Credit Reporting Act with respect to any consumer is liable to that consumer in an amount equal to the sum of any actual damages sustained by the consumer as pursuant to 15 U.S.C. § 1681n(a)(A).

Fact, all natural persons, female and male alike, are equal before the law and have inalienable rights, among which are the right to enjoy and defend life and liberty to pursue happiness, to be rewarded for industry and to acquire, possess and protect property. No person shall be deprived of any right because of race, religion, national origin or physical disability pursuant to the Florida Constitution Article I section 2.

Fact, the courts shall be open to every person for redress of any injury, and justice shall be administered without sale, denial or delay pursuant to the Florida Constitution Article I section 21.

Fact, whoever under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for punishment of citizens, shall be fined under this title or imprisoned not more than one year or both pursuant to 18 U.S. Code § 242.

I affirmed to all information provided herein, under the penalty of perjury, that the information I affirmed to be true, correct, and accurate to the best of my knowledge, so be it.

County of _Miami-Dade_

State of _Florida_

_Evander Livingston_

Subscribed and affirmed to before me on the __17__ day of _March_, _2023_

By _Evander Livingston_, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Chase A Lalani_

Notary

My commission expires: _who Provided FDL# L152 — 378-0_

**3 |** P a g e

Date: 04/04/22

# Exhibit "A"
## 1 of 4 Pages

Evander Livingston

8324 NW 5th CT Miami, FL 33150


Experian

PO BOX 9701

Allen, TX 75013


TO Whom it May Concern, YOU BROKE THE LAW!!!!

Pursuant to 15USC 1681b(a)(2), I Evander Livingston, a consumer,

never gave Experian to furnish MY information!!!!

Pursuant to 15USC 1681b(a)(2) You MUST Comply With MY Written

instructions.

I, Evander Livingston, consumer, Pursuant to 15USC 1681b(a)(2),

Made written instructions according to 15USC 1681b(a)(2) to

Experian how MY informations MUST be reporting in the following

Account(s) Mentioned Needs to be Permanetly deleted

(1) Capital one Partial Acct # 414709854806.....

(2) RC/Resurgent Receivables Partial Acct # 444796247455.....

(3) Discover Bank Partial Account # 601100452654.....

(4) OPenSKY CBNK Partial Acct # 462192200165.....

Pursuant to 15USC 1666b, Self Financial/Lead Bank Partial Acct # 1066 needs

to be UPDATED AS ON TIME and no late PaYMents.

Pursuant to 15USC 1681b(a)(2), You Will be fined $1,000 (Per) Account

failing to Comply With MY Written instructions Pursuant to 15USC 1681n(a)(A)(B)


Best Regards.

Livingston: Evander [ Agent/Beneficiary ]

without Prejudice, All natural inalienable Rights Reserved.

Exhibit "A"

2 of 4 Pages



U.S. Postal Service

**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $2.05 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.78

Total Postage and Fees $ .58

Sent To Experian

Street and Apt No., or PO Box No. PO BOX 9701

City, State, ZIP+4 Allen, TX 75013

Postmark Here
0118
03
MIAMI SHORE
04/07/2022

PS Form 3800, April 2015 See Reverse for Instructions

7021 2720 0002 7949 3018

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian
PO Box 9701
Allen TX 75013

9590 9402 6985 1225 9562 26

2. Article Number (Transfer from service label)
7021 2720 0002 7949 3018

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
EXPERIAN
701 EXPERIAN PARKWAY
APR 12 2022

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

Date : 04/01/22

# Exhibit "A"

## 3 of 4 Pages

Evander Livingston

8324 NW 5th CT Miami, FL 33150


Equifax information Services LLC

P.O Box 105139

Atlanta, GA 30348-5069


To Whom it May Concern, Pursuant to 15USC 1681b(a)(2),

You Must Comply With My Written instructions, and failure to

Comply Pursuant to 15USC 1681n(a)(A)(B) You Will be fined

$1,000 (Per) Account, With this being understood, delete the following

Account(s)

1. Capital One Bank NA Account Number 414709854806*

2. Resurgent Receivables LLC Account Number 444796247455*

3. Yamaha Motor Finance Corp Account Number 577981010269*

4. Discover Bank Account Number 601100452654*

5. Opensky Capital Bank NA Account Number 462192200165*

6. First Progress card Account Number 544303000902*

Equifax information Services LLC Will be fined failing to Comply

With my Written instructions Pursuant to 15USC 1681b(a)(2).


The Account(s) Mentioned above Must be Permanently deleted,

unless I made Written instructions to do otherwise.

Best Regards,

Livingston; Evander [Agent/Beneficiary]

Without Prejudice, All Natural inalienable Rights Reserved.

Exhibit "A"

4 of 4 Pages

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Certified Mail Fee | $3.75 | |
| | $2.05 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $0.78 | |
| Total Postage and Fees | $7.58 | |

Sent To Equifax Information Services LLC
Street and Apt. No., or PO Box No. PO Box 790241 Atlanta, GA 30374
City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 2720 0002 7949 3001

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax Information Services LLC
PO BOX 790241
Atlanta, GA 30374

9590 9402 6985 1225 3562 19

2. Article Number (Transfer from service label)
7021 2720 0002 7949 3001

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                          ☐ Agent
                                           ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

William Allen
APR 1 9 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Ally Bank
PO BOX 1048
HARTFORD CT  06143

*Exhibit "B"*

*1 of 3 Pages*

EVANDER LIVINGSTON
8324 NW 5TH CT
MIAMI, FL  33150

January 28, 2023

1-877-401-2559
Application Number 1126513525



||ılı|ıl|ıllııı·|ıl|ıı·|ı|llıı|ıı·ılıllılı·|ılırlıılı·|ılıl|

We were recently informed by H Greg Miami, Inc., 8101 Nw 7th Ave, Miami, FL, 33150-2712 that it was considering the credit sale or lease of a 2019 KIA STINGER to you and asked whether we would be prepared to accept your obligation if the transaction was completed.

We must regretfully inform you that we were not agreeable to handling the proposed transaction.

Our decision was based in whole or in part on information in a report from the credit reporting agency (or agencies) listed below:

```
Applicant
TransUnion        P.O. Box 1000    Chester    PA   19022        800-888-4213
Applicant
Experian          PO Box 40        Allen      TX   75013-0043   844-922-2743
Applicant
SageStream, LLC   PO Box 105108    Atlanta    GA   30348-5108   888-395-0277
```

You have a right under the Fair Credit Reporting Act to know the information in your credit file at the consumer reporting agency (or agencies). The reporting agency (or agencies) did not make our decision for us and cannot supply specific reasons for our decision. You have a right to a free copy of your report(s) from the consumer reporting agency (or agencies), if you ask no later than 60 days after you receive this notice. If you find that any information in the report(s) you receive is inaccurate or incomplete, you have the right to dispute the matter with the consumer reporting agency (or agencies).

**Information about your credit score from TransUnion:**
We obtained your credit score from TransUnion and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.
    Your credit score: 476
    Date: January 14, 2023
    Scores range from a low of 250 to a high of 900
    Key factors that adversely affected your credit score:
        Serious delinquency, and public record or collection filed (Applicant)
        Time since delinquency is too recent or unknown (Applicant)
        Too few accounts currently paid as agreed (Applicant)
        Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high (Applicant)
        Inquires did impact the credit score but no derogatory information was found (Applicant)

**If you have any questions regarding your TransUnion credit score, you should contact TransUnion at:**
    Address: P.O. Box 1000
           Chester PA  19022
    Toll-free telephone number: 800-888-4213

9959ADACN2





+ 0722496 000017025 09AMA2 00086807  612 792 4049
EVANDER LIVINGSTON
8324 NW 5TH CT
MIAMI FL 33150-2655

January 29, 2023
Reference: 946047335

Dear EVANDER LIVINGSTON,

Your application for credit was forwarded to us by H GREG COM. After careful review, we are sorry to advise you that we cannot approve your application on the specific terms requested by the dealer at this time. If you would like a statement of specific reasons why your application was denied, please contact us as shown below within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

If we obtained information from a consumer reporting agency as part of our consideration of your application, its name, address, and toll-free telephone number is shown below. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you received is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. You can find out about the information contained in your file (if one was used) by contacting:



| Equifax Credit Information Services | TransUnion CreditVision | SageStream / LexisNexis |
| :---: | :---: | :---: |
| P.O. Box 740040 | Consumer Relations | Risk Solutions C |
| Atlanta, GA 30374 | P.O. Box 2000 | P.O. Box 105108 |
| 800-555-4544 | Chester, PA 19016 | Atlanta, GA 30348-5108 |
|  | 800-916-8800 | 888-395-0277 |

We also obtained your credit score from Equifax Credit Information Services and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: 502
Date: 01/14/2023
Scores range from a low of 250 to a high of 900.
Key factors provided by the consumer reporting agency that adversely affected your credit score:
38 - Serious delinquency, and derogatory public record or collection filed
13 - Time since delinquency is too recent or unknown
10 - Proportion of balances to credit limits is too high on bank revolving or other revolving accounts
05 - Too many accounts with balances



*Exhibit "B"*

*3 of 3 Pages*

01/23/2023

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024

Reference: 0242600244

EVANDER LIVINGSTON
8324 NW 5TH CT
MIAMI FL 33150

M211

000019023

Dear EVANDER LIVINGSTON,

On 01/14/23, HGREG MIAMI INC sent us an application for auto financing on your behalf. After reviewing the application and information from your credit report, we wanted to let you know that we cannot provide you with auto financing at this time. Here's why:

    **Applicant** : There are too many delinquent past or present credit obligations
    **Applicant** : Proportion of revolving account balance(s) to credit limit or high credit is too high

The only addition to your credit report will be an inquiry from us which was used to review your credit history.

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Experian
P.O. Box 2002
Allen, TX 75013
(888) 397-3742

Equifax Information Services
P.O. Box 740241
Atlanta, GA 30374-0241
(800) 685-1111

TransUnion Consumer Solutions
P.O. Box 1000
Chester, PA 19016
(800) 888-4213

Sincerely,

Capital One Auto Finance

See next page for important disclosures

Capital One Auto Finance is a division of Capital One, National Association.

AA_PostDlr_Dcln_953

# Exhibit "C" 1 of 3 Pages

EVANDER LIVINGSTON                    Date: 01/24/2023

8824 NW 5th Ct

Miami, Florida 33150


Experian Information Solution, **Inc.**

P.O. Box 4500

Allen, Texas 75013


RE: Letter to REMOVE Inaccurate credit Information


The banking System is dependent upon fair and

Accurate Credit Reporting.

A Creditor May not treat a Payment on a Credit Card

Account under an open end Consumer Credit Plan as late.

For **ANY Purpose.**

    I DEMAND the Accounts in the following updated to "PAID AS Agreed"

(1) SANTANDER CONSUMER USA Partial Acct # 5000074974119....

(2) DISCOVER BANK Partial Acct # 601100452654....

(3) 1ST PROGRESS/1ST EQUITY/TS Partial Acct # 544303000902....

(4) CAPITAL ONE Partial Acct # 414709854806....


I, **EVANDER LIVINGSTON**, holding Experian Information Solutions, Inc.,

Liable for **DEFAMATION** of Character by way of Admission

TO **INACCURATE** and **UNFAIR** Credit Reporting,

Failure to obtain Permissible Purpose and willful noncompliance.


EVANDER LIVINGSTON All rights Reserved UCC 1-308

1/24/23, 7:26 PM                                      Complaint Detail

 **cfpb** Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

**Start a new complaint**

---

❮ All complaints (.)

## 230121-10195168

*Exhibit "C" 2 of 3 Pages*

**OPEN**

 **Submitted**

**STATUS**
Submitted to the CFPB on 1/21/2023

**PRODUCT**
Credit reporting, credit repair services, or other personal consumer reports

**ISSUE**
Improper use of your report

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

As dated, 01/21/2023, THIS cause is for Defamation of Character (Libel), by way of admission to inaccurate and unfair credit reporting, failure to obtain permissible purpose, and willful noncompliance causing discriminatory acts to be taken upon I, EVANDER LIVINGSTON, such as denials for credit products, causing severe harm mentally and emotionally knowing the information inaccurate and invasion of privacy. See attachments. EVANDER LIVINGSTON ALL RIGHTS RESERVED UCC 1-308

**ATTACHMENTS**

Experian Info. DEFAMATION of Character..pdf (719.2 KB)

1/24/23, 7:26 PM                                          Complaint Detail

 View full complaint ⊕

**Exhibit "C" 3 of 3 Pages**

⊘ **Sent to company**

**STATUS**

Sent to company on 1/21/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.



**ADDITIONAL TOOLS AND RESOURCES**

Credit Reports and Scores (https://www.consumerfinance.gov/consumer-tools/credit-reports-and-scores)

Privacy Act Statement

OMB #3170-0011

Note on user experience

# Exhibit "D" 1 of 4 Pages

EVANDER LIVINGSTON                    Date: 01/21/2023
8324 NW 5th ct
Miami, Florida 33150


Equifax, Inc.
P.O. Box 740256
Atlanta, GA 30374-0256


RE: Letter TO REMOVE Inaccurate Credit Information


The Banking System is dependent upon fair and Accurate
Credit Reporting.
A Creditor may NOT treat a payment on a credit card
Plan as late for ANY Purpose. See Truth-in-Lending Act.
 I DEMAND the Accounts in following update to "PAID AS AGREED"
(1) YAMAHA MOTOR FINANCE Account Number 577981010267*
(2) DISCOVER BANK Account Number 601100452654*
(3) First Progress Card Account Number 544303000902*
(4) OPENSKY Capital Bank Account Number 462192200165*


 I, EVANDER LIVINGSTON, holding Equifax, Inc.,
Liable for DEFAMATION of Character by way of
Admission to INACCURATE and unfair Credit Reporting,
Failure to obtain Permissible Purpose, and willful NONCOMPLIANCE


EVANDER LIVINGSTON All rights reserved UCC 1-308

1/24/23, 7:23 PM                                          Complaint Print

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Submit a complaint  / Complaint filed

# Your complaint

*Exhibit "D" 2 of 4 pages*

Complaint Number 230125-10219914

## Step 1

### What product or service is your complaint about?

**PRODUCT OR SERVICE**

Credit reporting, credit repair services, or other personal consumer reports

**TYPE**

Credit reporting

## Step 2

### What type of problem are you having?

**ISSUE**

Improper use of your report

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**

Yes

**TYPE OF ISSUE**

Reporting company used your report improperly



Complaint Print

Step 3

## What happened?

This letter was written on 01/21/2023, to Equifax, Inc., and uploaded through the (CFPB) portal 01/24/2023, THIS cause is for Defamation of Character (Libel), by way of admission to inaccurate and unfair credit reporting, failure to obtain permissible purpose, and willful noncompliance causing discriminatory acts to be taken upon I, EVANDER LIVINGSTON, such as denials for credit products, causing severe harm mentally and emotionally knowing the information inaccurate and invasion of privacy. See attachments. EVANDER LIVINGSTON ALL RIGHTS RESERVED UCC 1-308.

☑ **I want the CFPB to publish this description on consumerfinance.gov so that others can learn from my experience.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

Remove the inaccurate information, negative information. I am holding Equifax, Inc., liable for DEFAMATION of Character. For every time I am DENIED credit I am holding Equifax, Inc. accountable until this information is REMOVED/DELETED. It is my intent to sue Equifax, Inc., for DEFAMATION in the United States federal district court for $75,000.

## 1 attachment

View uploaded documents by clicking on the file name. Documents that pass virus scanning are typically available within 2 minutes of upload.

Equifax, Inc. - DEFAMATION of Character.pdf (767.1 KB)

1/24/23, 7:23 PM                                    Complaint Print

Exhibit "D" 4 of 4 pages

**Step 4**

## What company is this complaint about?

**COMPANY INFORMATION**

EQUIFAX, INC.

**SOCIAL SECURITY NUMBER (LAST FOUR DIGITS)**

8534

**DATE OF BIRTH**

10/18/1992

# Step 5

## What people are involved?

**YOUR CONTACT INFORMATION**

Evander Livingston

evanderlivingston@gmail.com

# About us

We're the Consumer Financial Protection Bureau (CFPB), a U.S. government agency that makes sure banks, lenders, and other financial companies treat you fairly.

Learn how the CFPB can help you (https://www.consumerfinance.gov/about-us/the-bureau/)

USPS Tracking Number: 7021 2720 0002 6736 1886

Date: 02/22/2023

EVANDER LIVINGSTON
8324 NW 5TH
Miami, Florida 33150

*Exhibit "E"* 1 of 3 Pages

Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

RE: Reasonable Cause to Believe the Information Is Inaccurate pursuant to 15 U.S. Code § 1681s-2
Account Ending In: 4119

Dear Santander Consumer USA, Inc.,

A person shall NOT furnish information relating to a consumer reporting agency if the person knows or have reasonable cause to believe the information is inaccurate.

A person shall NOT furnish information relating to a consumer to ANY consumer reporting agency if the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate and the information is, in fact, inaccurate. See the Fair Credit Reporting Act of the United States federal law title 15 U.S. Code § 1681s-2(a)(1)(A)(B)(i)(ii).

I'm aware Santander Consumer USA, Inc is reporting "Charge off" status on my account which is in fact "income" according to the IRS. It is a violation of the FCRA to report "income" pursuant to 15 U.S. Code § 1681a(2)(i). In addition, you willfully failed to comply with the FDCPA pursuant to 15 U.S. Code 1692e(2)(A) in regards of the false representation of— the character, amount, or legal status of any debt which there are documentary evidence to prove such claim.

The correct status of my account is "PAID AS AGREED" with no late payments for any purpose See 15 U.S. Code § 1666b. In addition, there is a Finance Charge of $20, 318.48 See 15 U.S. Code § 1605(a) it is impossible to have any "late payments" in connection with this transaction.

Any person who knowingly and willfully reports false pretenses shall be fined under title 18, imprisoned for not more than 2 years, or both. See 15 U.S. Code § 1681q.

Santander Consumer USA Inc failure to comply with this notice you will be held liable pursuant to 15 U.S. Code § 1681n & 15 U.S. Code § 1692k. This notice will take effect immediately. You have 10 days to comply and respond. $500 (Per day) late fee will apply until all compliance are met with this notice. This notice is complying with 15 U.S. Code §1681s-2(i)(ii).

EVANDER LIVINGSTON ALL RIGHTS RESERVED UCC 1-308

Exhibit "E" 2 of 3 Pages

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Steve Cahsen_  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery<br>Steve Cahsen   FEB 28 2023 |
| 1. Article Addressed to:<br>Santander Consumer USA, Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161-1245 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| <br>9590 9402 7655 2122 0543 68 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>   Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7021 2720 0002 6736 1886 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

USPS TRACKING #

9590 9402 7655 2122 0543 68

| First-Class Mail |
|---|
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Evander Livingston
8324 NW 5th CT
Miami, Florida 33150



15 USC 1692(b)   18 USC 892

SANTANDER CONSUMER USA Partial Acct # 3000024974119....
PO BOX 961211 FORT WORTH TX 76161; (888) 222-4227

Date opened Mar 2021
Address ID # 0072444416
15 USC 1681e(b)

Type Auto Loan
Responsibility Individual

Florida Statutes 673.3061

Terms 73 Months
Monthly payment Not reported
Credit limit or original amount $34,995
High Balance
Not reported

15 USC 1681e(e)   26 USC 7203

Recent balance $5,349 as of Jan 2023
This account is scheduled to continue on record until Feb 2028.
This item was updated from our processing of your dispute in Jan 2023.

18 USC 1951(a)(b)(1)(2)

GAAP!?

| Account Balance | Aug22 $5,387 | Mar22 $5,421 | Feb22 $5,421 | Dec21 $5,421 | Nov21 $5,421 | Oct21 $5,421 | Sep21 $6,280 | Aug21 $37,682 | Jul21 | Jun21 | May21 | Apr21 |
| Date Payment Received | 08.06.22 | 10.18.21 | 10.19.21 | 10.18.21 | 09.24.21 | | | | | | | |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $754 | $754 | $754 | $754 | |
| Actual Amount Paid | $0 | No Data | No Data | $0 | No Data | No Data | $917 | No Data | No Data | No Data | No Data | |

The original amount of this account was $34,995

SELF FINANCIAL/LEAD BANK Partial Acct # 1066....
"KANSAS CITY MO 64108; (866) 845 9545

Payment history Apr 2021 - Jan 2023

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| 2023 | OK/OK | | | | | | | | | | | |
| 2022 | OK/OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2021 | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Status (Jun 2022) Paid, Closed

Status (Sep 2021) Account charged off.
$6,290 written off. $5,349 past due as of Jan 2023.

15 USC 1681e(e)

According to IRS this is Income

Reporting "Income" is a violation of FCRA Pursuant to 15 USC 1681a(2)(c)

15 USC 1681s-2   15 USC 1681n Violations (3)   15 USC 1681a(2)   15 USC 1681o

15 USC 1681o- Obtaining information under FALSE Pretenses

Experian Report # 1320-5503-54

15 USC 1605(a)
TILA Violations
Violations

RICO Act Violations FCRA Violations!! 1681n 1681o FDCPA Violations!!

Exhibit "E" 3 of 3 pages

te Results (Continued)

e Dispute

**TANDER CONSUMER USA** Partial Acct # 3000024974119....
OX 961211 FORT WORTH TX 76161; (888) 222 4227

**Status (Sep 2021)** Account charged off. $6,290 written off. $5,349 past due as of Nov 2022.

| | | |
|---|---|---|
| pened 021 | **Terms** 73 Months | **Recent balance** $5,367 as of Nov 2022 |
| ss ID # 44416 | **Monthly payment** Not reported | This account is scheduled to continue on record until Feb 2028. |
| .oan | **Credit limit or original amount** $34,995 | This item remained unchanged from our processing of your dispute in Aug 2022. |
| onsibility ual | **High balance** Not reported | |
| | **Recent payment** $17 | |

Payment history: Mar 2021 - Nov 2022

|       | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022  |     |     |     |     |     |     |     | ND  |     | ND  | ND  |     |
| 2021  |     |     | OK  | OK  |     |     | ND  |     |     |     |     |     |



|               | Aug22   | Mar22   | Feb22   | Dec21   | Nov21   | Oct21   | Sep21   | Aug21   | Jul21   | Jun21   | May21   | Apr21   |
|---------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| lance         | $5,367  | $5,421  | $5,421  | $5,421  | $5,421  | $5,421  | $6,290  | $37,682 | $37,029 | $36,530 | $36,045 | $35,546 |
| nt Received   | 05.06.22| 10.19.21| 10.19.21| 10.19.21| 10.19.21| 10.19.21| 09.24.21| No Data | No Data | No Data | No Data | No Data |
| Payment Amount| No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $754    | $754    | $754    | $754    |
| unt Paid      | $0      | No Data | $0      | No Data | No Data | No Data | $917    | $32,200 | No Data | No Data | No Data | No Data |

al amount of this account was $34,995

---

Dispute

**TANDER CONSUMER USA** Partial Acct # 3000024974119....
OX 961211 FORT WORTH TX 76161; (888) 222 4227

**Status (Sep 2021)** Account charged off. $6,290 written off. $5,349 past due as of Jan 2023.

| | | |
|---|---|---|
| pened 021 | **Terms** 73 Months | **Recent balance** $5,349 as of Jan 2023 |
| ss ID # 44416 | **Monthly payment** Not reported | This account is scheduled to continue on record until Feb 2028. |
| oan | **Credit limit or original amount** $34,995 | This item was updated from our processing of your dispute in Jan 2023. |
| nsibility ual | **High balance** Not reported | |

Payment history: Apr 2021 - Jan 2023

|       | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023  |     |     |     |     |     |     |     |     |     |     |     |     |
| 2022  |     |     |     |     |     |     |     |     |     |     |     |     |
| 2021  |     |     |     | OK  | OK  |     |     |     |     |     |     |     |

|               | Aug22   | Mar22   | Feb22   | Dec21   | Nov21   | Oct21   | Sep21   | Aug21   | Jul21   | Jun21   | May21   | Apr21   |
|---------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| ance          | $5,367  | $5,421  | $5,421  | $5,421  | $5,421  | $5,421  | $6,290  | $37,682 | $37,029 | $36,530 | $36,045 | $35,546 |
| nt Received   | 05.06.22| 10.19.21| 10.19.21| 10.19.21| 10.19.21| 10.19.21| 09.24.21| No Data | No Data | No Data | No Data | No Data |
| Payment Amount| No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $754    | $754    | $754    | $754    |
| nt Paid       | $0      | No Data | $0      | No Data | No Data | No Data | $917    | $32,200 | No Data | No Data | No Data | No Data |

al amount of this account was $34,995

7030-02-00-0001555-0005-0010438

*Exhibit "F" 2 of 2 Pages*

**Dispute Results** (Continued)

## Before Dispute

### DISCOVER BANK Partial Acct # 601100452654....
PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (Jul 2020)** Account charged off. $1,224 written off. $1,224 past due as of Jan 2023.

**Date opened**
Oct 2019

**Address ID #**
0072444416

**Type**
Credit card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$1,000

**High balance**
$1,232

**Recent balance**
$1,224 as of Jan 2023

This account is scheduled to continue on record until Oct 2026.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

This item remained unchanged from our processing of your dispute in Aug 2022.

Payment history: Dec 2019 - Jan 2023



|     | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2021 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2020 |     |     |     |     |     |     |     |     |     |     |     | OK |
| 2019 |     |     |     |     |     |     |     |     |     |     |     |     |

|                          | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 |
|--------------------------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Account Balance          | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 |
| Date Payment Received    | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid       | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|                          | Oct21 | Sep21 | Aug21 | Jul21 |
|--------------------------|-------|-------|-------|-------|
| Account Balance          | $1,224 | $1,224 | $1,224 | $1,224 |
| Date Payment Received    | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data |
| Actual Amount Paid       | No Data | No Data | No Data | No Data |

*Between Jul 2021 and Dec 2022, your credit limit/high balance was $1,000*

## After Dispute

### DISCOVER BANK Partial Acct # 601100452654....
PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (Jul 2020)** Account charged off. $1,224 written off. $1,224 past due as of Jan 2023.

**Date opened**
Oct 2019

**Address ID #**
0072444416

**Type**
Credit card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$1,000

**High balance**
$1,232

**Recent balance**
$1,224 as of Jan 2023

This account is scheduled to continue on record until Oct 2026.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

This item was updated from our processing of your dispute in Jan 2023.

Payment history: Dec 2019 - Jan 2023

|     | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2021 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2020 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2019 |     |     |     |     |     |     |     |     |     |     |     |     |

|                          | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 |
|--------------------------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Account Balance          | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 | $1,224 |
| Date Payment Received    | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid       | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|                          | Oct21 | Sep21 | Aug21 | Jul21 |
|--------------------------|-------|-------|-------|-------|
| Account Balance          | $1,224 | $1,224 | $1,224 | $1,224 |
| Date Payment Received    | 01.12.20 | 01.12.20 | 01.12.20 | 01.12.20 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data |
| Actual Amount Paid       | No Data | No Data | No Data | No Data |

*Between Jul 2021 and Dec 2022, your credit limit/high balance was $1,000*

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

7030-02-00-0001555-0004-0010437

## Dispute Results (Continued)

### Before Dispute

**1STPROGRESS/TSYS/VT** Partial Acct # 544303000902....
PO BOX 9053 JOHNSON CITY TN 37615; **No phone # available**

**Status** (Feb 2022) Account charged off. $108 written off. $68 past due as of Dec 2022.

| | |
|---|---|
| **Date opened** Jan 2021 | **Terms** Not reported |
| **Address ID #** 0072444416 | **Monthly payment** Not reported |
| **Type** Credit card | **Credit limit or original amount** $200 |
| **Responsibility** Individual | **High balance** $308 |

**Recent balance** $68 as of Dec 2022

This account is scheduled to continue on record until Mar 2028.

**Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Comment:** **Account closed at credit grantor's request.**

This item remained unchanged from our processing of your dispute in Aug 2022.

**Payment history: Feb 2021 - Dec 2022**

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2021 | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

#### Comment History

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Nov 2022 - Sep 2022

| | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | Apr22 | Apr22 | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $68 | $68 | $68 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 |
| Date Payment Received | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | $129 | No Data | $129 | No Data | $129 | $129 | No Data | No Data | No Data | No Data | No Data |

| | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $308 | $268 | $227 | $185 | $143 | $261 | $219 | $39 |
| Date Payment Received | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | No Data | No Data | No Data |
| Scheduled Payment Amount | $40 | $40 | $40 | $40 | $40 | $40 | $39 | |
| Actual Amount Paid | No Data | No Data | No Data | $129 | No Data | No Data | No Data | |

*Between Feb 2021 and Nov 2022, your credit limit/high balance was $200*

### After Dispute

**1STPROGRESS/TSYS/VT** Partial Acct # 544303000902....
PO BOX 9053 JOHNSON CITY TN 37615; **No phone # available**

**Status** (Feb 2022) Account charged off. $108 written off. $68 past due as of Feb 2023.

| | |
|---|---|
| **Date opened** Jan 2021 | **Terms** Not reported |
| **Address ID #** 0072444416 | **Monthly payment** Not reported |
| **Type** Credit card | **Credit limit or original amount** $200 |
| **Responsibility** Individual | **High balance** $308 |
| | **Recent payment** $129 |

**Recent balance** $68 as of Feb 2023

This account is scheduled to continue on record until Mar 2028.

**Comment:** **Account closed at credit grantor's request.**

This item was updated from our processing of your dispute in Feb 2023.

**Payment history: Feb 2021 - Feb 2023**

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2021 | | OK | OK | | OK | OK | | | | | | |

| | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | Apr22 | Apr22 | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $68 | $68 | $68 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 |
| Date Payment Received | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | $129 | No Data | $129 | No Data | $129 | $129 | No Data | No Data | No Data | No Data | No Data |

| | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $108 | $308 | $268 | $227 | $185 | $143 | $261 | $219 | $39 |
| Date Payment Received | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | 04.07.21 | No Data | No Data | No Data |
| Scheduled Payment Amount | $0 | $40 | $40 | $40 | $40 | $40 | $40 | $39 | |
| Actual Amount Paid | No Data | No Data | No Data | No Data | $129 | No Data | No Data | No Data | |

*Between Feb 2021 and Dec 2022, your credit limit/high balance was $200*

7030-02-00-0001555-0004-0010437

# EQUIFAX

**CREDIT FILE : February 06, 2023**

**Confirmation # 30275~**

Dear EVANDER LIVINGSTON,

We are pleased to let you know _____ results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

## Were changes made to my credit report and what actions were taken?

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

## How do I know that all of this is happening?

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

## What should I do if I do not agree with the results of the investigation?

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains

Exhibit "G" 1 of 3 Pages

P.O. Box 105518
Atlanta, GA 30348

0000002806 FRCA00000206230737792 01 000000 000864 005

00000864- DISC
EVANDER LIVINGSTON
8324 NW 5TH CT
MIAMI, FL 33150-2655

30275172D3-I5Z-09bf01060000d-a-02062023

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/21 | $219 | $40 | | | $219 | $200 | | Credit Card | |
| 03/21 | $39 | $39 | | | $191 | $200 | | Credit Card | |
| 02/21 | $39 | $39 | | | $191 | $200 | | Credit Card | |

**DISCOVER BANK**  PO BOX 30939 SALT LAKE CITY UT 841300939
Account Number: *2242

| Date of Last Reported Update | Balance Amount | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date Maj Del 1st Rptd | Months Revd | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| 02/06/2023 | $1,224 | 01/2020 | | | 11/2019 | 11/2019 | 34 | |

| Status | Amount Past Due | High Credit | Credit Limit | Terms Duration | Charge Off Amount | Creditor Classification |
|---|---|---|---|---|---|---|
| Charge Off | $1,224 | $1,000 | $1,000 | | $1,224 | |

| Type of Account | Type of Loan | Terms Frequency | Date Closed | Portfolio Indicator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|
| Revolving | Credit Card | Monthly | | | | | | |

Date Opened: 10/04/2019   Whose Account: Individual Account   Portfolio Status

**ADDITIONAL INFORMATION:**
*Charged Off Account*

>>> *We have researched the credit account. Account # - *2242 The results are:*  ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE CURRENT STATUS IS BEING REPORTED CORRECTLY. THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE PRIOR PAYING HISTORY IS BEING REPORTED CORRECTLY. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *HISTORICAL ACCOUNT INFORMATION. If you have additional questions about this item please contact: *DISCOVER B, PO BOX 30939, SALT LAKE CITY, UT 84130-0939*

## Account History with Status Codes

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 |
| L | L | L | L | L | L | L | L | L | L |
| 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 |
| L | L | L | L | L | L | L | L | L | L |
| 04/2021 | 02/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 |
| L | L | L | L | L | L | L | L | L | L |
| 4 | 3 | 2 | 1 | | | | | 6 | 5 |

Exhibit "G" 2 of 3 pages

302751T293-15Z-0b8f01050000000da-02062023

## Historical Account Information

| Balance Date | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/23 | No Data Available | | | | | | | | |
| 12/22 | $68 | | | | | $200 | $68 | Credit Card | Closed |
| 11/22 | $68 | | | | | $200 | $68 | Credit Card | Closed |
| 10/22 | $68 | | | 04/01/2021 | | $200 | $68 | Credit Card | Closed |
| 09/22 | $68 | | | 04/01/2021 | | $200 | $68 | Credit Card | Closed |
| 08/22 | No Data Available | | | | | | | | |
| 07/22 | No Data Available | | | | | | | | |
| 06/22 | No Data Available | | | | | | | | |
| 05/22 | No Data Available | | | | | | | | |
| 04/22 | $108 | | | 04/01/2021 | $308 | $200 | $108 | Credit Card | Closed |
| 03/22 | $108 | | | 04/01/2021 | $308 | $200 | | Credit Card | Closed |
| 02/22 | $108 | | $129 | 04/01/2021 | $308 | $200 | | Credit Card | Closed |
| 01/22 | $108 | $108 | $129 | 04/01/2021 | $308 | $200 | | Credit Card | Closed |
| 12/21 | $108 | $108 | $129 | 04/01/2021 | $308 | $200 | | Credit Card | Closed |
| 11/21 | $108 | $108 | $129 | 04/01/2021 | $308 | $200 | | Credit Card | Closed |
| 10/21 | $308 | $40 | $129 | 04/01/2021 | $308 | $200 | | Credit Card | Closed |
| 09/21 | $268 | $40 | | 04/01/2021 | $268 | $200 | | Credit Card | Closed |
| 08/21 | $227 | $40 | | 04/01/2021 | $261 | $200 | | Credit Card | Closed |
| 07/21 | $185 | $40 | $129 | 04/01/2021 | $261 | $200 | | Credit Card | Closed |
| 06/21 | $143 | $40 | $129 | 04/01/2021 | $261 | $200 | | Credit Card | Closed |
| 05/21 | $261 | $40 | $129 | 04/01/2021 | $261 | $200 | | Credit Card | Closed |

(Continued On Next Page)
00000864-DISC

03/2022 5   02/2022 5   01/2022 4   12/2021 3   11/2021 2   10/2021 2   09/2021 2   08/2021 1

302751 7293-H5Z-0b8f010500000d4-02062023

COMPANY THAT THE CURRENT STATUS IS BEING REPORTED CORRECTLY. THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE PRIOR PAYING HISTORY IS BEING REPORTED CORRECTLY. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *CHARGE OFF AMOUNT *HIGH CREDIT *ACTUAL PAYMENT *DATE OF MAJOR DELINQUENCY 1ST REPORTED.  If you have additional questions about this item please contact: OPENSKY CA, PO BOX 8130, RESTON, VA 20195 Phone: (866) 859-6412

**OPENSKY CAPITAL BANK, NA     PO BOX 8130 RESTON VA 20195 ; 8008596412**

| Account Number *8398 | Date Opened 02/19/2021 | Credit Limit / High Credit $ 438 | Credit Limit $ 300 | Terms Duration Monthly | Months Revd 17 | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|

| Date of Last Reported Update 02/06/2023 | Balance Amount $ 0 | Amount Past Due | Date of Last Payment 04/2021 | Actual Payment Amount $ 0 | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Status Charge Off | Type of Account Revolving | Type of Loan Credit Card | Whose Account Individual Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|

ADDITIONAL INFORMATION:

>>> *The information you disputed has been updated as well as other information on this item. Account #:- *4184 The results are:* ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE CURRENT STATUS IS BEING REPORTED CORRECTLY. THE PRIOR PAYING HISTORY ON THIS ACCOUNT HAS BEEN UPDATED. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *ACTUAL PAYMENT *HISTORICAL ACCOUNT INFORMATION *ACCOUNT HISTORY.  If you have additional questions about this item please contact: *FIRST PROG, PO BOX 9053, JOHNSON, TN 37615 Phone: (866) 706-5543*

**FIRST EQUITY CARD CORP     PO BOX 9053 JOHNSON TN 37615 ; 8667065543**

| Account Number *4184 | Date Opened 01/14/2021 | Credit Limit $ 200 | High Credit | Terms Duration Monthly | Months Revd 22 | Activity Designator Closed | Creditor Classification |
|---|---|---|---|---|---|---|---|

| Date of Last Reported Update 02/06/2023 | Balance $ 66 | Amount Past Due $ 68 | Date of Last Payment 04/2021 | Actual Payment Amount $ 129 | Scheduled Payment Amount | Date of 1st Delinquency 06/2021 | Date of Last Activity 06/2021 | Date Maj Del 1st Rptd | Charge Off Amount $ 108 | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Status Charge Off | Type of Account Revolving | Type of Loan Credit Card | Whose Account Individual Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Consumer Disputes This Account Information

Removes Compliance Condition Codes

ADDITIONAL INFORMATION:
Charged Off Account

Credit Card
Account History with Status Codes

| 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 |
|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L |

_Exhibit "G" 3 of 3 pages_

(Continued On Next Page)
00000864-DISC

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
- If an item states "**Verified as Reported**", the reporting company has certified it is reporting accurately.
- If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

**Updated disputed account information only: The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer information verified. Account information updated: **Information on your report has been updated.**

## The Results Of Our Reinvestigation

| Credit Account Information | | |
|---|---|---|
| *(For your security, the last 4 digits of account number(s) have been replaced by ?) (This section includes open and closed accounts reported by credit grantors)* | | |
| **Account History** | 1: 30-59 Days Past Due | 5: 150-179 Days Past Due | J: Voluntary Surrender |
| **Status Code** | 2: 60-89 Days Past Due | 6: 180 or More Days Past Due | K: Repossession |
| **Descriptions** | 3: 90-119 Days Past Due | G: Collection Account | L: Charge Off |
|  | 4: 120-149 Days Past Due | H: Foreclosure |  |

**>>> The information you disputed has been updated as well as other information on this item. Account # - *6398 The results are:** ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THIS CREDITOR HAS VERIFIED TO OUR